(No. 11173.—Reversed in part and remanded.)
THE PEOPLE *ex rel.* Henry Stuckart, County Collector, Appellee, *vs.* C. A. PHILLIPS, Appellant.

*Opinion filed February 21, 1917—Rehearing denied April 17, 1917.*

This case is controlled by the decision in *People* v. *Day,* (*ante*, p. 543.)

APPEAL from the County Court of Cook county; the Hon. JOHN H. WILLIAMS, Judge, presiding.

FRANCIS A. HARPER, for appellant.

MACLAY HOYNE, State's Attorney, (SAMUEL A. ETTELSON, Corporation Counsel, CHARLES CENTER CASE, JR., FELSENTHAL & WILSON, WILLIAM F. STRUCKMANN, EDMUND D. ADCOCK, ROSS C. HALL, WALTER E. BEEBE, LEON HORNSTEIN, and JOSEPH F. GROSSMAN, of counsel,) for appellee.

Mr. JUSTICE FARMER delivered the opinion of the court:

This is an appeal from a judgment of the county court of Cook county overruling appellant's objections to judgment against his property for certain taxes. The objections were to the same taxes and the judgment of the county court was the same as in *People* v. *Day,* (*ante,* p. 543.) The points argued in this case are the same as those argued in that case and the decision in that case must be the decision in this case.

For the reasons given in the *Day case* the judgment of the county court is affirmed in part, reversed in part and the cause remanded.        *Reversed in part and remanded.*